**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GRILLO'S PICKLES, INC., a Delaware Corporation,<br><br>Plaintiff,<br>v.<br><br>PATRIOT PICKLE INC., a Delaware Corporation, ARKK FOOD COMPANY, a Michigan Corporation, and WAHLBURGERS I, LLC, a Massachusetts limited liability company,<br><br>Defendants. | Case No. 2:23-cv-00011-MCA-AME |

**NOTICE OF DEFENDANTS ARKK FOOD COMPANY AND WAHLBURGERS I, LLC'S JOINDER AND ADOPTION OF DEFENDANT PATRIOT PICKLE INC'S MOTION TO DISMISS AND LOCAL RULE 7.1(d)(4) STATEMENT IN LIEU OF BRIEF**

Defendants ARKK Food Company ("ARKK") and Wahlburgers I, LLC ("Wahlburgers"), hereby join and adopt Defendant Patriot Pickle Inc.'s ("Patriot") Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion") under Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6), filed on June 21, 2023 (ECF No. 61).

Patriot's Motion: (1) seeks dismissal of Plaintiff's damages claim under Fed. R. Civ. P. 12(b)(1) because Plaintiff fail to sufficiently allege that it suffered a concrete injury and, therefore, lacks standing; (2) seeks dismissal of Plaintiff's claims regarding alleged GMO labelling under Fed. R. Civ. P. 12(b)(6) for failure to

adequately plead that Patriot "has made false or misleading statements as to [its] own product," *Pernod Ricard USA, LLC v. Bacardi U.S.A., Inc.*, 653 F.3d 241, 248 (3d Cir. 2011); (3) seeks dismissal of Plaintiff's claim for damages under Fed. R. Civ. P. 12(b)(6) because it does not satisfy the injury prong of a Lanham Act false advertising claim; and (4) seeks dismissal of Plaintiff's New Jersey common-law unfair competition claims under Fed. R. Civ. P. 12(b)(6) because New Jersey does not recognize an unfair competition claim premised on false advertising. Plaintiff's First Amended Complaint should be dismissed as against ARKK and Wahlburgers for the same reasons.

In accordance with L. Civ. R. 7.1(d)(4), ARKK and Wahlburgers state that no brief is necessary in support of their joinder to Patriot's Motion because a separate brief would duplicate Patriot's arguments, which are, instead, incorporated by reference. For the reasons explained in Patriot's Motion and supporting brief, Defendants ARKK and Wahlburgers respectfully join and adopt Patriot's request for dismissal of Grillo's Pickles, Inc.'s First Amended Complaint.

Dated: June 21, 2023          Respectfully submitted,

                              **GENOVA BURNS LLC**

                              By:   */s/ Lawrence Bluestone*
                                    LAWRENCE BLUESTONE
                                    494 Broad Street
                                    Newark, New Jersey 07102
                                    973-533-0777

        973-533-1112 (fax)
        lbluestone@genovaburns.com

**MCDONALD HOPKINS LLC**
Michael G. Latiff, Esq. (admitted *pro hac vice*)
Mark Steiner, Esq. (admitted *pro hac vice*)
39533 Woodward Avenue, Suite 318
Bloomfield Hills, Michigan 48304
(248) 220-1351

*Attorneys for Defendants ARKK Food Company and Wahlburgers I, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2023, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which caused a copy of the foregoing to be served on all counsel of record for the parties.

        */s/ Lawrence Bluestone*
        Lawrence Bluestone