| | |
|---|---|
| Kevin H. Marino | Marshall M. Searcy III (*pro hac vice*) |
| John A. Boyle | Gregory A. Fuoco (*pro hac vice*) |
| MARINO, TORTORELLA & BOYLE, P.C. | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 437 Southern Boulevard | 865 South Figueroa Street, 10th Floor |
| Chatham, New Jersey 07928-1488 | Los Angeles, CA 90017-2543 |
| (973) 824-9300 | (213) 443-3000 |
| *Attorneys for Plaintiff Grillo's Pickles, Inc.* | |

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| GRILLO'S PICKLES, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> PATRIOT PICKLE INC., a Delaware corporation, ARKK FOOD COMPANY, a Michigan corporation, and WAHLBURGERS I, LLC, a Massachusetts limited liability company. <br><br> Defendants. | Civil Action No. 2:23-cv-00011-MCA-AME <br><br><br> **STIPULATION AND ORDER OF <u>DISMISSAL WITH PREJUDICE</u>** |

The undersigned attorneys for Plaintiff, Grillo's Pickles, Inc., and Defendants, Patriot Pickle, Inc., ARKK Food Company and Wahlburgers I, LLC, stipulate that this action be and hereby is dismissed with prejudice and without attorneys' fees or costs.

| | |
|---|---|
| <u>/s/ Kevin H. Marino</u> | <u>/s/ Jennifer L. Del Medico</u> |
| Kevin H. Marino | Jennifer L. Del Medico |
| MARINO, TORTORELLA & BOYLE, P.C. | JONES DAY |
| 437 Southern Boulevard | 250 Vesey Street, |
| Chatham, New Jersey 07928-1488 | New York, New York 10281 |
| (973) 824-9300 | (212) 326-3658 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Grillo's Pickles, Inc.* | *Patriot Pickle, Inc.* |
| | |
| Dated: September 13, 2024 | Dated: September 13, 2024 |

/s/ Lawrence Bluestone
Lawrence Bluestone
GENOVA BURNS LLC
494 Broad Street
Newark, New Jersey 07102
(973) 535-4434
*Attorneys for Defendants ARKK Food Company and Wahlburgers I, LLC*

Dated: September 13, 2024


IT IS SO ORDERED.


Dated: September  18 , 2024

_____
Hon. Madeline Cox Arleo, U.S.D.J.